# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIOT JOHNSON, individually, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 3:21-CV-07774-JD**<br><br>~~[PROPOSED]~~ ORDER DISMISSING THE ENTIRE ACTION |

### ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' Joint Stipulation dismissing the entire action, Dkt. No. 30, IT IS HEREBY ORDERED that the individual claims in the First Amended Complaint are dismissed with prejudice, and the class and PAGA claims are dismissed without prejudice. Each party shall bear its own costs and fees. The case is closed.

**IT IS SO ORDERED.**

DATED: January 26, 2022

_____
The Honorable James Donato
District Judge, Northern District of California